**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6000**

---

MICHAEL ANTHONY ANDERSON,

Plaintiff - Appellant,

versus

LONNIE M. SAUNDERS; MAJOR DAY; JACK LEE;
RICHMOND-CCB,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CA-95-1333-R)

---

Submitted: April 15, 1996          Decided: May 2, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit
Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael Anthony Anderson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Anderson v. Saunders</u>, No. CA-95-1333-R (W.D. Va. Dec. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2